UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR08-353-RAJ |
| Plaintiff, | ) | |
| v. | ) | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF PROBATION |
| BRANDON V. PERKINS, | ) | |
| Defendant. | ) | |

An initial hearing on probation revocation in this case was scheduled before me on April 1, 2009. The United States was represented by AUSA Katheryn Frierson for Ron Friedman and the defendant by Carol Koller. The proceedings were digitally recorded.

Defendant had been sentenced on or about February 27, 2009 by the Honorable Richard A. Jones on charges of Use of an Altered Military Discharge Certificate to Obtain VA Compensation and Medical Benefits and False Claims of Military Medals and Decorations, and sentenced to three years probation. (Dkt. 18.)

The conditions of probation included the standard conditions plus the requirements that defendant participate in substance abuse testing and treatment, abstain from alcohol, submit to

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF PROBATION
PAGE -1

search, participate in a mental health program, reside in a halfway house for 90 days, pay restitution in the amount of $2,270, refrain from incurring new credit charges or new lines of credit, disclose all assets and liabilities to the probation officer, and participate in a psychiatric exam and treatment as directed.

In an application dated March 31, 2009 (Dkt. 19), U.S. Probation Officer Jonathan M. Ishii alleged the following violations of the conditions of probation:

1. Failing to reside at a halfway house for 90 days, in violation of the special condition of supervision.

2. Failing to abstain from the use of alcohol and/or intoxicants, on or about March 29, 2009, in violation of the special condition of supervision.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his probation as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Jones.

Pending a final determination by the Court, defendant has been detained.

DATED this 1st day of April, 2009.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge:         Honorable Richard A. Jones
    AUSA:                   Katheryn Frierson, Ron Friedman
    Defendant's attorney:   Carol Koller
    Probation officer:      Jonathan M. Ishii

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF PROBATION
PAGE -3