# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**BRANDON V. PERKINS,**

    Defendant.

Case No. CR08-353RAJ

**INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION**

**THIS MATTER** comes on for an initial hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.

**The plaintiff appears through Assistant United States Attorney, BARBARA SIEVERS.**

**The defendant appears personally and represented by counsel, CAROL KOLLER.**

**The U.S. Probation Office has filed a petition alleging violations of the terms and conditions of supervision, and the defendant has been advised of the allegation(s).**

**The defendant was advised of and admitted both violations of noncompliance of supervised release. The court found that the violations were established and and scheduled a disposition revocation hearing on the petition to be held at the time and date below set forth before Judge RICHARD A JONES:**

    *Date of hearing:*    *THURSDAY, JANUARY 21, 2010*

    *Time of hearing:*    *9:00 A.M.*

**IT IS ORDERED that the defendant:**

**( )  Be released subject to the terms and conditions set forth in the current term of deferred prosecution.**

**(X)  Be detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.**

**The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office. This Order is entered without prejudice for review.**

    **January 6, 2010.**

J. Richard Creatura, United States Magistrate Judge

ORDER
Page - 1